Max Beinhocker, Respondent, *v.* Barnes Development Corp., Appellant-Respondent, and Staley Elevator Company, Inc., Appellant.

Argued February 20, 1947; decided April 10, 1947.

926

*William F. McNulty* and *Thomas A. Clarke* for Staley Elevator Company, Inc., appellant.

*George A. Garvey* for Barnes Development Corp., appellant-respondent.

*Benjamin H. Siff* and *Harry Geist* for respondent.

Judgment affirmed, with costs; no opinion. [See 297 **N. Y.** 472.]

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.